| | |
|---|---|
| In re: | Case No. 25-12300-cjp |
| Arthur K Poulopoulos | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0101-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 23, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Arthur K Poulopoulos, 5 Whiffletree Lane, Georgetown, MA 01833-1849 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carolyn Bankowski-13-12 | 13trustee@ch13boston.com |
| Michael Ready Treanor, Jr | on behalf of Debtor Arthur K Poulopoulos mtreanor@treanor-advocacy.com 25293@notices.nextchapterbk.com |
| Richard King - B | USTPRegion01.BO.ECF@USDOJ.GOV |
| Richard C. Demerle | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Deutsche Bank National Trust Company, as Indenture Trustee for Terwin Mortgage Trust 2006-12SL Asset-Backed Securities, Series 2006-12SL RDemerle@DemerlePC.com, bankruptcy@demerlepc.com |
| Tatyana P. Tabachnik | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Deutsche Bank National Trust Company, as Indenture Trustee for Terwin Mortgage Trust 2006-12SL Asset-Backed Securities, Series 2006-12SL |

ttabachnik@demerlepc.com, bankruptcy@demerlepc.com;ttabachnik_931@ecf.courtdrive.com

TOTAL: 5



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Arthur K Poulopoulos | Chapter 13 |
| | 25-12300-CJP |
| Debtor | |

## ORDER

**MATTER:**

#22 Trustee's Objection to Confirmation of Plan (RE: 18 Amended Chapter 13 Plan filed by Debtor Arthur K Poulopoulos).

MOOT. A FURTHER AMENDED PLAN HAS BEEN FILED.

Dated: 12/23/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge